d

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | CIVIL DOCKET NO. 1:22-CR-00199 |
| VERSUS | JUDGE DRELL |
| KENNETH ALLEN MOODY,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

MEMORANDUM ORDER

On Defendant's motion, (ECF No. 23), and pursuant to 18 U.S.C. §§ 4241 and 4242, Defendant Kenneth Allen Moody ("Moody") underwent a psychiatric evaluation to determine her competency to stand trial.[1] On June 22, 2023, the Court conducted a competency hearing pursuant to 18 U.S.C. § 4241(c). Both counsel for the Government and for Moody questioned the testifying witness, and presented arguments, at the hearing.

Moody underwent interviews, observations, records reviews, testing, and detailed analysis by Dr. Samuel Brown, Ph.D., a clinical forensic psychologist employed by the United States Bureau of Prisons. ECF No. 31. Dr. Brown detailed his analysis in his Psychological Evaluation. *See id.* In summary, Dr. Brown found that Moody suffers from: (1) an unspecified personality disorder with borderline personality traits; and (2) moderate alcohol use disorder. *Id.* at 10.

---

[1] Moody identifies as a transgender female. ECF No. 31 at 7.

However, Dr. Brown found no evidence that Moody suffers from a "neurological, neurocognitive, or intellectual impairment." *Id.* at 11. Dr. Brown also testified that, while Moody's unspecified personality disorder *may* be considered a "mental disease" under 18 U.S.C. § 4241(b), it does not render her mentally incompetent to stand trial. *Id.* at 11-13. Dr. Brown also concluded that Moody's prognosis for continued competency is good. ECF No. 31 at 13.

Therefore, Dr. Brown testified – and the record in its entirety reflects – that Moody is able to understand the nature and consequences of the proceedings against her and is able to assist properly in her defense. ECF No. 31 at 12-13. And at the conclusion of the hearing, Moody (through counsel) conceded that she is mentally competent to stand trial.

Accordingly, the undersigned finds, by a preponderance of the evidence, that Defendant Kenneth Allen Moody is mentally competent to stand trial and to properly assist in her defense.

SIGNED on August 11, 2021.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE